I

FILED
AUG 18 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

P-14-CV-60

To: The Honourable Federal District Judge
U.S. District Court
Western District of Texas
Pecos Extention
U.S. Courthouse
410 Southe Cedar
Pecos, Texas. 79772

Your Honour;

I am a Federal Prisoner with a serious medical condition. I have an open colostomy, since my arrival at Reeves County Detention Center III I have been trying to get the proper medical care that I need, but to this day I have not received it. After complaining on numerous occasions, I was given conflicting stories by the Warden of this Correctional Facility telling me they were going to send me to an outside specialist for the surgery but this never happened.

These are violations of my Constitution and Civil Rights as well as the American with Disabilities Act.

For all the above reasons, I have been on a hunger strike since August 11, 2014.

I have been placed in Solitary confinement for no apparent reason.

No Incident Report

- No Incident Location.
- No Charge.

I am a Federal Inmate with serious medical problems, I have a Colostomy with a Hernia inside.

I request the administration to appoint me a Legal Counsel to Investigate the alleged incident.

I refuse to portake in any meals that's been served as well as my medication.

This is a distress call for help by a Federal Prisoner who have been deprived by this Prison Authority from access to Court and Legal material in the Segregation unit. As such I would appreciate if you could give a Docket number to this complaint Letter as a formal civil Suit against Defendants.

Geo Group Inc.
Warden Ricardo Martinez
George Zoley
Richard Clayton
Clarence Anthony
Anne Newman
Norman Clarkson
Christopher Wheeler

In their Professional and Personal Capacity each.

Submitted this 12th day of August 2014.
By Me. _____
Courtney Fitzgerald Taylor
Reg # 57/55053
Custodian Ricardo Martinez. R.C.D.C. III
Manage and operated by Geo Corporation Inc.
P. O. Box 2038.
Pecos, Texas. 79772.



*[Signature]*

SCREENED BY CSO
AUG 18 2014

## Proof of Service

I Courtney Fitzgerald Taylor, do certify that on this date August 12, 2014 Pursuant to Federal Court Rules of Service Process I have served the attached motion for leave to proceed in Forma Pauperis and the complaint letter the Clerk of the United States Federal District Court for the Western District of Texas Pecos Extention. 410 South Cedar, Pecos Texas. 79772 by depositing an envelope containing the above documents in the Prisons Legal Mail System.

*[signature]*

Courtney Fitzgerald Taylor, In Pro Se.
Bureau of Prison Reg# 57155053
R.C.D.C. III
P.O. Box 2038
Pecos, Texas. 79772.